FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

AO 91 (Rev. 02/09) Criminal Complaint

10 FEB 17 PM 3:45

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY
## at LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Case No. 3:10mJ-54 |
| | ) | |
| JOHNNY LOGAN SPENCER, JR. | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date of **February 12, 2010**, in the county of **Jefferson** in the Western District of Kentucky, the defendant violated **Title 18, U.S.C. §§871, 875 and 879**, offenses described as follows:

> Knowingly and willfully making threats against the president or president-elect, in violation of Title 18, U.S.C. §871;
>
> Interstate communication of threats to injure another person, in violation of Title 18, U.S.C. §875; and
>
> Knowingly and willfully threaten to kill or inflict bodily harm upon a major candidate for the office of president, in violation of Title 18, U.S.C. §879.

This criminal complaint is based on these facts:

**See Attached Affidavit**

☒   Continued on the attached sheet

_____
*Complainant's signature*

STEPHAN M. PAZENZIA, SPECIAL AGENT
UNITED STATES SECRET SERVICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **February 17, 2010**

_____
*Judge's Signature*

City and State:   Louisville, Kentucky

DAVE WHALIN, U.S. MAGISTRATE JUDGE
*Printed Name and Title*

**REDACTED**

## AFFIDAVIT

I, Stephan M. Pazienza, being first duly sworn, depose and state:

1. I am a Special Agent (SA) of the United States Secret Service and have been so employed since June 2005. I am presently assigned to the Louisville Field Office. Among my duties is the investigation of Protective Intelligence – Threats against the President and successors to the Presidency.

2. I am currently involved in an investigation of Johnny Logan Spencer for violations of Title 18, United States Code, Sections 871 (Threats against President), Title 18, United States Code, Sections 875 (Interstate communications) and Title 18, United States Code, Section 879 (threat to kill or injure major candidate for the office of the president). This Affidavit is made in support of a Criminal Complaint related to the protective intelligence investigation of Spencer. Since this Affidavit is being submitted for the purposes of securing a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that violations of Title 18, United States Code, Section 871 and 875 have been committed by Spencer.

3. On 2/12/10, I received a telephone call from an FBI SA whose identity has been made known to the Magistrate Judge regarding an individual utilizing an user name Pain1488 who recently posted a poem titled "The Sniper" to a website named NaziSpace/NewSaxon.org. The FBI SA continued by stating he was able to identify the user name of PAIN1488 as being Johnny Logan Spencer.

4. Continuing, the FBI SA stated this website is well known to be a social networking site for white supremacists to utilize for networking/communication. Continuing, the FBI SA stated "The Sniper" contained a threat toward United States Secret Service protectees, specifically, the President of the United States Barack Obama, the First Lady Michelle Obama, and United States Secret Service Agents.

5. Continuing, the FBI SA faxed a copy of "the Sniper" to this office for review.

"THE SNIPER"

"As the tyrant enters his cross hairs the breath he takes is deep
His focus is square on the target as he begins to release
A patriot for his people he knows this shot will cost his life
But for his race and their existence it is a small sacrifice

The bullet that he has chambered is one of the purest pride
And the inspiration on the casing reads DIE negro DIE
He breathes out as he pulls the trigger releasing all his hate
And a smile appears upon his face as he seals that monkey's fate

> The bullet screams toward its mark bringing with it death
> And where there was once a face there is nothing left
> Two blood covered agents stare in horror and dismay
> Looking down toward the ground where their president now lay
>
> Now the screams of one old negro broad pierces thru the air
> Setting off panic from every eyewitness that was there
> And among all the confusion the hero calmly slips away
> Laughing for he knows there will be another negro holiday
>
> By Johnny Spencer

6. On 2/12/10, agents of the USSS Louisville Field Office responded to the last known address of Spencer on Montana Avenue, Louisville, Kentucky in order to locate and interview Spencer. All attempts to locate Spencer were met with negative results.

7. On 2/12/10, agents of the Louisville Field Office responded to an additional possible address of Spencer at        Schneiter Avenue, Louisville, Kentucky 40215 in order to locate and interview Spencer. All attempts to locate Spencer were met with negative results.

8. Continuing, I spoke with USSS Uniform Division Officer Matthew Bonham, Protective Intelligence and Assessment Division (PID), and faxed this poem to Ofc. Bonham who verified that this poem had been originally referenced in a report dated November 19, 2008, fifteen days following the 2008 presidential election. It was explained to me that at the time of original reference, the USSS had no information aside from Spencer's name and alias (pain1488). USSS PID stated this poem was referenced in a case report for the 'National Socialist Movement". In addition, it was stated that Spencer was never identified, located, or interviewed.

9. On 2/13/10, I responded to        South Third Street, APT    , Louisville, Kentucky in order to locate and interview Spencer. All attempts to locate Spencer were met with negative results.

10. On 2/13/10, I responded to        Cane Run Road, Trailer    , Louisville, Kentucky in order to locate and interview Spencer. All attempts to locate Spencer were met with negative results.

11. On 2/13/10, I spoke with Robert Karlen and Holly Richardson, the owners of        South Third Street, regarding the tenants of this apartment. Robert Karlen stated he does not have any information regarding this particular tenant, however, stated that Broadway Management, 502-584-    , would have this information. Continuing, I

traveled to the residence of Robert Karlen and Holly Richardson, to show a photo of Spencer. Robert Karlen could not positively identify Spencer.

12. On 2/13/10, I requested USSS Louisville Field Office Electronic Crimes Special Agent Program (ECSAP) SA Keith Wojcieszek, to query user name Pain1488 and website newsaxon.org. SA Wojcieszek searched Google for pain1488 and found a picture site with Spencer and a young girl.. In addition, SA Wojcieszek found posts on a Supreme White Alliance forum and information stating that Spencer is a board member of newsaxon.org and was online earlier that morning at approximately 02:30 hrs.

13. Continuing on 2/16/10, I spoke with Probation/Parole Officer (PO) Eric Stagner regarding his current parolee, Johnny Spencer. PO Stagner stated Spencer is currently on parole and had recently missed a mandatory appointment scheduled for 2/11/10. PO Stagner stated Spencer's most recent mandatory drug testing was positive for narcotics and that PO Stagner had been attempting to contact Spencer regarding this incident.

14. Continuing, PO Stagner attempted to telephonically contact Spencer on his cell phone and left a message for him regarding a future tentative appointment date. Upon negative response from Spencer, PO Stagner telephonically contacted Spencer's aunt Millie McGill, who is currently providing living arrangements in her home for Spencer, to request the whereabouts of Spencer. McGill stated she was currently in Florida on vacation and had not heard from Spencer. McGill stated she would attempt to contact Spencer and agreed to call PO Stagner back immediately. McGill did contact PO Stagner and stated she did not know Spencer's whereabouts, but believed he had a new girlfriend.

15. Continuing, PO Eric Stagner gave the following addresses for possible locations of Spencer: Union Avenue, Louisville, Kentucky; Colonial Court, Apartment , La Grange, Kentucky; Thomas Street, Corydon, Indiana, 812-738- ; Cane Run Road, # , Louisville, Kentucky.

16. Continuing on 2/16/10, I received a telephone call from PO Stagner stating he had been telephonically contacted by Spencer regarding his previous message and that Spencer was currently at the Jefferson County Courthouse, Louisville, Kentucky. I immediately contacted the Jefferson County Sheriff's office, and requested assistance in this matter. Upon positive identification of the subject by Sgt. Steve Mobley of the Jefferson County Sheriff's Office, Spencer was asked to wait for the USSS Agents.

17. Continuing, SA Nord and I responded to the Jefferson County District Court, Jefferson County, Louisville, Kentucky and identified Spencer. I identified myself to Spencer and explained to him the reason we needed to talk with him. Spencer shook his head in an agreeing manner and stated he already knew why the USSS would be requesting to speak with him. Spencer immediately stated he had a past and he agreed to speak with us at the USSS Louisville Field Office.

18. Continuing, upon arrival at the USSS LOU Field Office, Spencer was asked about authoring "The Sniper" poem. Spencer stated he was familiar with the poem, accepted full responsibility for writing, publishing, and linking the poem not only to the NewSaxon.org website, but possibly other websites. Spencer continued to state that he created and posted the poem approximately two years ago when his mother had passed away, sometime around August of 2007. Spencer stated he was referring to the current President of the United States and Spencer stated he regretted the decision to author and post the poem on the website(s). Spencer stated he did not intend before, during, or currently on causing harm to any USSS protectees, and apologized for his actions. When asked if he had thought of taking the poem off the website, he stated he would remove the poem immediately.

[Handwritten margin note: THE USSS, BEGAN PROVIDING PROTECTION for PRESIDENT OBAMA IN MAY of 2007. DT]

19. Continuing, during the interview Spencer was asked where he lived. Spencer stated that he stayed in the basement of his aunt's residence at     Montana Avenue, Louisville, KY. Spencer further stated that he sometimes stays with his girlfriend, however, Spencer refused to provide an address. In addition, Spencer also advised that he will sometimes stay with his cousin Jamie McGill, on Sky Blue in Louisville, KY. As stated below, no evidence was found that Spencer stayed at any of these locations.

20. Continuing, Spencer stated that he no longer affiliates himself with any of the White Supremacists groups or activities. In addition, Spencer stated that the views of these members are "too extreme" and that he primarily utilizes websites such as NewSaxon.org to check electronic e-mail and to socialize with primarily women. However, Spencer's username "Pain1488" has been active on the website as recently as Monday, February 15, 2010. Additionally, Spencer stated he had visited the NewSaxon.org to check e-mail on February 16, 2010.

21. Continuing, I telephonically spoke to PO Stagner and requested he have Spencer's aunt Millie McGill telephonically contact me regarding her current residence. Ms. McGill, telephonically contacted me and I informed her of the current situation and requested a search of her residence on Montana Avenue, Louisville, Kentucky. Ms. McGill agreed and I stated I would have to fax her a consent to search form which she would have to read, sign, and return via fax to the Louisville Field Office. Upon agreement, USSS SA L. Taylor faxed a USSS consent to search form to Millie McGill located at the Hyatt Place North Hotel. Upon receipt, Ms. McGill read and signed the USSS consent to search, and gave verbal and written consent for agents of the USSS to search her residence. Ms. McGill stated that her sister, Georgia, would meet us there in order to provide a key for entry.

22. Continuing, USSS LOU SA Nord, SA Middleton, SA Parker and I responded to Montana Avenue, the residence of Spencer's aunt Millie McGill. Upon entry, we proceeded to the supposed bedroom of Spencer located on the basement floor. Upon entry into Spencer's living space, it was completely apparent that Spencer was not formally residing at this location. The living space was not furnished, nor was any

personal property found in this area. In conclusion, the search produced nothing of protective interest.

23. Continuing, LOU SA Nord, SA Middleton, SA Parker and I then responded to the residence of Amber M. Bibb, Spencer's current girlfriend, located on West Manslick Road in Louisville, Kentucky. Upon arrival, I spoke to Ms. Bibb and requested consent to search the residence. Ms. Bibb read and signed the USSS consent to search, and gave verbal and written consent for agents of the USSS to search her residence. Nothing of protective interest was found.

24. Continuing, LOU SA Nord, SA Middleton, SA Parker and I responded to Sky Blue Rd., the home of Bobby Jackson, and Spencer's cousin Jamie McGill. Owner Bobby Jackson gave verbal consent to search the premises. Nothing of protective interest was found.

25. My investigation has revealed that Spencer has accepted full responsibility of writing, publishing, and linking the poem not only to the NewSaxon.org website, but possibly other websites.

26. Wherefore, based on the above facts and all of the information set forth in this Affidavit, I, as Affiant, respectfully submit that there is probable cause that Johnny Spencer violated Title 18, United States Code, Section 871 and 875/879.

27. In consideration of the foregoing, I respectfully request that this Court issue a Criminal Complaint for Johnny Spencer.

February 17, 2010
Date

Stephan M. Pazienza
Special Agent, United States Secret Service

Sworn to me and subscribed in my presence this 17th day of February, 2010.

Dave Whalin
United States Magistrate Judge

5