UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

V                                                                      **CRIMINAL ACTION NO. 3:10MJ-54**

**JOHNNY LOGAN SPENCER, JR.**                                              **DEFENDANT**

### ORDER

A telephonic conference was conducted on February 22, 2010. Participating on behalf of the United States was Phil Chance, Assistant United States Attorney. Representing the defendant was Laura Wyrosdick, Assistant Federal Defender. After discussion with counsel and the United States Probation Officer.

**IT IS ORDERED** that the conditional bond entered into the record on February 19, 2010 has been **revoked** due to the fact that living arrangements proposed by the defendant and approved by the Court are not available.

**IT IS FURTHER ORDERED** that the defendant **shall be detained and remain** in the custody of the U.S. Marshal pending further order of the Court..

Date: February 24, 2010

Dave Whalin, Magistrate Judge
United States District Court

cc: Counsel of Record
    U.S. Marshal
    U.S. Probation

February 24, 2010

0|5