UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:10CR-33-M
UNITED STATES OF AMERICA,                                                         PLAINTIFF,

vs.

**JOHNNY LOGAN SPENCER,**                                                        DEFENDANT.

**MOTION TO SET CASE FOR CHANGE OF PLEA**

Comes the Defendant, by counsel, and moves this Honorable Court to set this case for a change of plea as soon as possible before Judge McKinley or in the alternative, before the next available Magistrate Judge. As grounds for this motion, counsel states that the Defendant's case is currently set for trial on August 3rd at 9:00 A.M. The Defendant is currently incarcerated and eager to resolve his case.

WHEREFORE, counsel for the Defendant asks this Honorable Court to set the case for a change of plea as soon as possible.

                                            s/ Laura R. Wyrosdick
                                            Assistant Federal Defender
                                            200 Theatre Building
                                            Louisville, Kentucky 40202
                                            (502) 584-0525

                                            Counsel for Defendant.

Office of the
Federal Defender
700 Republic Bldg.
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

## CERTIFICATE

    I certify that on the 14th day of June, 2010, a copy of the foregoing motion was served on the United States by mailing a copy, postage prepaid, to Ms. Jefferson-Webb and Ms. Marissa Ford, Assistant United States Attorneys, 510 West Broadway, Louisville, Ky. 40202.

                                        s/ Laura R. Wyrosdick

Office of the
Federal Defender
700 Republic Bldg.
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808