## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**VS.**                                        **CRIMINAL ACTION NUMBER: 3:10CR-33-JHM**

**JOHNNY LOGAN SPENCER - 01**                                        **DEFENDANT**

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY IN FELONY CASE

This matter has been referred to Magistrate Judge Dave Whalin by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The proceedings were recorded by Dena Legg, Official Court Reporter. The Defendant, by consent and with Jamie Haworth, Assistant Federal Defender, appeared before me on July 6, 2010, and entered a plea of guilty as to Count 1 of the Indictment without a plea agreement. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Indictment, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such an offense. I therefore recommend that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly. The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

The defendant is remanded to the custody of the United States Marshal pending sentencing before the District Court on **November 2, 2010 at 11:00 a.m**.

July 6, 2010

**Dave Whalin, Magistrate Judge**
**United States District Court**

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

0 | 20